1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO VALENZUELA and ANGELEIGH MANJARREZ, individuals, on behalf of themselves and on behalf of all persons similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>BAMIA 2 LLC, a Limited Liability Company; and DOES 1 through 50, inclusive<br><br>　　　　　Defendants. | **CASE NO.:  4:22-cv-03675-HSG**<br><br>[*Assigned for all purposes to the Honorable Haywood S. Gilliam, Jr., Courtroom 2*]<br><br>**ORDER GRANTING STIPULATION TO STAY PENDING FINAL APPROVAL OF SETTLEMENT**<br><br><br>Complaint Filed:　March 25, 2022<br>Removal Filed:　　June 22, 2022 |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1 | The Court has reviewed the Parties' Stipulation to Stay Pending Final Approval of Settlement. Good cause appearing therefore, it is hereby ordered that the Stipulation is granted. The Parties shall file a joint report with the Court by September 15, 2023, to apprise the Court of the status of the Settlement in the Furtado Class Action.

**IT IS SO ORDERED**

Dated:   7/3/2023

_____
HON. HAYWOOD S. GILLIAM, JR