UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO VALENZUELA and ANGELEIGH MANJARREZ, individuals, on behalf of themselves and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BAMIA 2 LLC, a Limited Liability Company; and DOES 1 through 50, inclusive<br><br>Defendants. | **CASE NO.: 4:22-cv-03675-HSG**<br><br>[*Assigned for all purposes to the Honorable Haywood S. Gilliam, Jr., Courtroom 2*]<br><br>**ORDER OF DISMISSAL**<br><br>Complaint Filed:   March 25, 2022<br>Removal Filed:     June 22, 2022 |

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: 9/24/2024

HONORABLE HAYWOOD S. GILLIAM, JR
UNITED STATES DISTRICT JUDGE